IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES E. TATE, AIS # 104715,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 12-0524-CG-N |
| **LAVON DAILEY,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 11th day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE